09-3391-cv
Cartey v. The City University of New York

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26ᵗʰ day of May, two thousand ten.

PRESENT:

> JOSÉ A. CABRANES,
> ROBERT A. KATZMANN,
> *Circuit Judges,*
> J. GARVAN MURTHA,
> *District Judge.*[*]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SAMUEL ERNEST CARTEY,

*Plaintiff-Appellant,*

-v.-                                    No. 09-3391-cv

THE CITY UNIVERSITY OF NEW YORK,

*Defendant,*

TEACHERS' RETIREMENT BOARD,

*Defendant-Appellee.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

---

[*] The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

**COUNSEL FOR APPELLANT:**     Samuel Ernest Carty, *pro se*, New York, NY.

**COUNSEL FOR APPELLEES:**     Susan Choi-Hausman, Assistant Corporation Counsel (for Michael A. Cardozo, Corporation Counsel for the City of New York) New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Paul A. Crotty, *Judge*).

     **UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

     Plaintiff Samuel Ernest Cartey appeals from the June 29, 2009 judgment of the District Court dismissing his complaint for lack of subject matter jurisdiction. On appeal, plaintiff argues that the District Court erred in concluding that the Teachers' Retirement System of the City of New York is exempt from the requirements of the Employee Retirement Income Security Act, 29 U.S.C. § 1001 *et seq*. We assume the parties' familiarity with the facts and procedural history of this case.

     We have reviewed plaintiff's claim and find it to be without merit. Substantially for the reasons stated by Magistrate Judge Douglas F. Eaton in his careful and thoughtful report and recommendation of March 13, 2009, *see Cartey v. City Univ. of N.Y.*, No. 08 Civ. 1608 (S.D.N.Y. March 13, 2009), which the District Court adopted, *see Cartey v. City Univ. of N.Y.*, No. 08 Civ. 1608 (S.D.N.Y. June 26, 2009), the June 29, 2009 judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

2